ROHDE & VICTOROFF
GREG VICTOROFF, ESQ. (SBN 89688)
STEPHEN F. ROHDE, ESQ. (SBN 51446)
1880 Century Park East, Suite 411
Los Angeles, California 90067
Telephone: (310) 277-1482

Attorneys for Defendant
and Third Party Plaintiff
TACONY CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| IMAGELINE, INC., a Virginia corporation;<br><br>Plaintiff<br><br>v.<br><br>TACONY CORPORATION, a Missouri corporation;<br><br>Defendants<br><br>and Related Third Party Action | CASE NO.: SACV 09-0353 CJC MLGx<br><br>**OFFER OF JUDGMENT**<br><br>[*Fed. R. Civ Proc.* Rule 68] |

TO PLAINTIFF IMAGELINE, INC. AND ITS ATTORNEYS OF RECORD:

Defendant TACONY CORPORATION ("Defendant" or "Tacony") hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of Plaintiff IMAGELINE, INC. ("Plaintiff" or "Imageline") and against Tacony, in the sum of

twenty five thousand and ten dollars ($25,010.00) less the amount of costs accrued in favor of the plaintiff, with the result that the total judgment amount, including recoverable costs, which Tacony shall be obligated to pay shall be twenty five thousand and ten dollars ($25,010.00). This shall be the total amount to be paid by Tacony on account of any liability claimed in this action, including all costs of suit and attorneys fees otherwise recoverable in this action by Imageline.

If Imageline does not accept this offer, it may become obligated to pay Tacony's costs incurred after the making of this offer.

To accept this offer, Imageline must serve written notice of acceptance thereof within ten (10) days of the date this offer is made.

This offer is not an admission of liability by Tacony, but rather is made solely for the purpose of compromising a disputed claim.

DATED: September 18, 2009            ROHDE & VICTOROFF

By: _____
Greg Victoroff, Esq.
Attorney for Defendant
TACONY CORPORATION

## PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1880 Century Park East, Suite 411, Los Angeles, California 90067.

On September 18, 2009, I served the foregoing document(s) described as **OFFER OF JUDGMENT PURSUANT TO RULE 68** on the interested parties in this action by placing true copies thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| Stuart L. Carroll, Esq.<br>Law Offices of Stuart L. Carroll<br>1033 Gayley Ave., Suite 107<br>Los Angeles, CA 90024 | Victor Fu, Esq.<br>Richardson & Patel<br>10900 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90024 |

Erin Buell, Esq.
Townsend, Townsend & Crew
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111

X    BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

     BY PERSONAL SERVICE: I delivered such envelope by hand to the addressee.

     BY FACSIMILE: I personally sent the documents via facsimile machine to the addressee(s)'s facsimile number(s) designated above.

     STATE Court:

X    FEDERAL Court:

I declare under penalty of perjury under the laws of the United States and State of California that the above is true and correct.

Executed on September 18, 2009 at Los Angeles, California.

Greg Victoroff