Stuart L. Carroll, Esq. (State Bar #163980)
**LAW OFFICES OF STUART L. CARROLL**
Westwood Professional Building
1033 Gayley Ave., Suite 107
Los Angeles, CA 90024
Telephone:   (310) 443-0600
Facsimile:    (310) 443-0661
Email: carrollaw@aol.com

Attorney for Plaintiff IMAGELINE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IMAGELINE, INC., a Virginia Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TACONY CORPORATION, a Missouri Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> and Related Third Party Action | **Case No.:** SACV 09-0353 CJC MLGx <br><br> **PLAINTIFF IMAGELINE INC.'S REQUEST FOR ENTRY OF JUDGMENT BY CLERK AGAINST TACONY CORPPORATION ON ACCEPTED OFFER OF JUDGMENT** <br><br> **[F.R.C.P. RULE 68]** <br><br> [Proposed Judgment attached hereto as Exhibit A.] <br><br> JUDGE: Hon. Cormac J. Carney |

//
//

-1-

IMAGELINE VS. TACONY, ET AL.                                    PLAINTIFF'S   REQUEST FOR
                                                                 ENTRY OF JUDGMENT BY CLERK
                                                                 AGAINST TACONY [F.R.C.P. 68]

**TO THE CLERK OF THE COURT:**

Plaintiff IMAGELINE, INC., by and through its undersigned attorney, Stuart L. Carroll, pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure hereby requests that the Clerk of the Court enter judgment on the Complaint against Defendant Tacony Corporation. A proposed Judgment is attached hereto as Exhibit A.

Plaintiff has previously filed and served Tacony Corporation's Offer of Judgment and Imageline, Inc.'s Acceptance thereof. Accordingly, the Clerk of the Court should enter Judgment against Tacony pursuant to the terms of the Offer of Judgment in the amount of $25,010.00, each party to bear its own costs and attorney's fees.

Dated:  October 7, 2009.          **LAW OFFICES OF STUART L. CARROLL**

By:        /Stuart L. Carroll/
    Stuart L. Carroll, Esq.
    Attorney for Plaintiff IMAGELINE, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed today the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered for this case, including the Defendant's counsel.

Dated: October 7, 2009.

/s/ Stuart L. Carroll
Stuart L. Carroll