```
ROHDE & VICTOROFF
GREG VICTOROFF, ESQ. (SBN 89688)
STEPHEN F. ROHDE, ESQ. (SBN 51446)
1880 Century Park East, Suite 411
Los Angeles, California 90067
Telephone: (310) 277-1482


Attorneys for Defendant
and Third Party Plaintiff
TACONY CORPORATION
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IMAGELINE, INC., a Virginia corporation;<br><br>                    Plaintiff<br><br>v.<br><br>TACONY CORPORATION, a Missouri corporation;<br><br>                    Defendants<br><br>and Related Third Party Action | CASE NO.: SACV 09-0353 CJC MLGx<br><br>**DEFENDANT TACONY CORPORATION'S OBJECTION TO PROPOSED JUDGMENT SUBMITTED BY PLAINTIFF IMAGELINE, INC.**<br><br>[F.R.C.P. Rule 60 and Rule 68; U. S. D.C. Local Rule 58-5(c)] |

Defendant TACONY CORPORATION ("TACONY") hereby objects to the Proposed Judgment submitted by Plaintiff IMAGELINE. INC ("IMAGELINE"), on the following grounds:

1.  On September 23, 2009, Plaintiff IMAGELINE, INC. ("IMAGELINE") entered into a written settlement agreement with Third Party Defendant JOHN DEER

---

1
**OBJECTION TO PROPOSED JUDGMENT**

(hereafter referred to as the "I/DSA") in which Plaintiff IMAGELINE represented in paragraph 5:

> "In the event the Tacony's Offer of Judgment pursuant to Rule 68 is not entered, then by October 1, 2009, Imageline must execute a stipulation to dismiss all claims related to the Lawsuit Copyrighted Works against Tacony in the Tacony Action with prejudice."
>
> "Counsel for Imageline <u>shall file the original Dismissal with Prejudice</u> with the Court, along with copies to be conformed and returned to all counsel."(Emphasis added).
>
> "In lieu of the foregoing, Imageline may use alternative procedures for removing any claims for damages arising out of the Lawsuit Copyrighted Works as against Tacony in the Tacony Action with such removal being with Prejudice."

2.    The Proposed Judgment submitted to the court by IMAGELINE is inconsistent with IMAGELINE'S promise to dismiss its claims against TACONY with prejudice as to the 4 "Lawsuit Copyrighted Works" in that IMAGELINE'S Proposed Judgment erroneously <u>includes</u> in its proposed Judgment against TACONY the 4 "Lawsuit Copyrighted Works" which are the subject of the I/DSA. Rather than IMAGELINE dismissing with prejudice, or "removing" with prejudice its claims against TACONY as to the 4 Lawsuit Copyrighted Works, IMAGELINE is requesting the Court to enter judgment on the entire action, including the 4 "Lawsuit Copyrighted Works", contrary to the express representations in the I/DSA.

3. The Judgment should be revised to exclude and remove IMAGELINE'S claims against TACONY as to the 4 "Lawsuit Copyrighted Works" and those claims should be dismissed with prejudice as IMAGELINE promised to do in the I/DSA.

Dated: October 26, 2009

Respectfully submitted,
ROHDE & VICTOROFF

By:   /Greg Victoroff/
Greg Victoroff, Esq.
Attorneys for Defendant

**Certificate of Service**

I hereby certify that I filed today the within **OBJECTION TO PROPOSED JUDGMENT** with the Clerk of Court using the CM/ECF system which serves copies and sends notification of such filing to all counsel of record registered with the CM/ECF system.

Dated: October 26, 2009
                                             Respectfully submitted,
                                             ROHDE & VICTOROFF

                                             /Greg Victoroff/
                                             Greg Victoroff, Esq.
                                             Attorneys for Defendant
                                             TACONY CORPORATION