Stuart L. Carroll, Esq. (State Bar #163980)
**LAW OFFICES OF STUART L. CARROLL**
Westwood Professional Building
1033 Gayley Ave., Suite 107
Los Angeles, CA 90024
Telephone:   (310) 443-0600
Facsimile:    (310) 443-0661
Email: carrollaw@aol.com

# JS-6

Attorney for Plaintiff IMAGELINE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IMAGELINE, INC., a Virginia Corporation, | **Case No.:** SACV 09-0353 CJC MLGx |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| TACONY CORPORATION, a Missouri Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| and Related Third Party Action | |

//
//
//
//

-1-

IMAGELINE VS. TACONY, ET AL.                    [Proposed] JUDGMENT  [F.R.C.P. 68]

1    Pursuant to Federal Rules of Civil Procedure Rule 68, Judgment is hereby rendered

2 in favor of Plaintiff IMAGELINE, INC., and against Defendant TACONY

3 CORPORATION, in the amount of $24,625.00 plus costs of $385.00 for a total judgment

4 of $25,010.00.

5

6 Dated:  December 14, 2009.

7

8    _____

9    Hon. Cormac J. Carney
     United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-